FILED: December 23, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1334 (L)
(5:17-cv-00082-JPB)

_____

TRAVIS YOUNG; MICHELLE BEE YOUNG

         Plaintiffs - Appellees

v.

EQUINOR USA ONSHORE PROPERTIES, INC.

         Defendant - Appellant

 and

SWN PRODUCTION COMPANY; STATOIL USA ONSHORE PROPERTIES, INC.

         Defendants

------------------------------

THE WEST VIRGINIA OIL AND NATURAL GAS ASSOCIATION; THE INDEPENDENT OIL AND GAS ASSOCIATION OF WEST VIRGINIA, INC.

         Amici Supporting Appellant

_____

No. 19-1335
(5:17-cv-00082-JPB)

_____

TRAVIS YOUNG; MICHELLE BEE YOUNG

         Plaintiffs - Appellees

v.

SWN PRODUCTION COMPANY

    Defendant - Appellant

and

STATOIL USA ONSHORE PROPERTIES, INC.; EQUINOR USA ONSHORE PROPERTIES, INC.

    Defendants

------------------------------

THE WEST VIRGINIA OIL AND NATURAL GAS ASSOCIATION; THE INDEPENDENT OIL AND GAS ASSOCIATION OF WEST VIRGINIA, INC.

    Amici Supporting Appellant

_____

M A N D A T E

_____

The judgment of this court, entered December 1, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                  */s/Patricia S. Connor, Clerk*